United States District Court
Southern District of Texas
**ENTERED**
February 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CEDRIC SMITH, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-939 |
| § | |
| METROPOLITAN LLOYDS INSURANCE § | |
| COMPANY OF TEXAS, § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the parties' joint stipulation of dismissal with prejudice of, requesting a dismissal of the plaintiff's, Cedric Smith claims with prejudice against the defendant, Metropolitan Lloyds Insurance Company of Texas. (Dkt. No. 16). The Court, after having considered the joint stipulation of dismissal, and the pleadings on file herein, is of the opinion that same should be grated.

It is, therefore, ORDERED that all of the plaintiff's claims against defendant are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

It is so ORDERED.

SIGNED on this 15th day of February, 2017.

_____
Kenneth M. Hoyt
United States District Judge